UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 12-3663 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WILLIAM KULKA, M.D., et al., | |
| Defendants. | |

Plaintiff's request for voluntary dismissal is GRANTED. (Docket # 4.) This action is dismissed without prejudice. Plaintiff's *in forma pauperis* application is DISMISSED. (Docket # 3.)

IT IS SO ORDERED.

Dated: September 24, 2012

_____
SUSAN ILLSTON
United States District Judge