**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,                              No. C 12-3663 SI (pr)

      Plaintiff,                              **JUDGMENT**

    v.

WILLIAM KULKA, M.D., et al.,

      Defendants.
_____/

This action is dismissed without prejudice.


IT IS SO ORDERED AND ADJUDGED.


Dated: September 24, 2012                _____
                                        SUSAN ILLSTON
                                        United States District Judge