UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 12-3663 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WILLIAM KULKA, M.D., et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 24, 2012

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California